```
1   LINDA A. RYAN, ESQ.  SBN 185356
    LAW OFFICES OF LINDA A. RYAN
2   182 Farmers Lane, Suite 101
    Santa Rosa, CA 95405
3   Telephone: (707) 568-7700
    Facsimile:  (707) 284-2697
4

5   Attorney for Defendant JOHN V. CABOT

6

7
```

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FAIR HOUSING OF MARIN, a California non-profit corporation, et al., | CASE NO.: C10-00244 JCS |
| Plaintiffs, | **STIPULATION FOR SUBSTITUTION OF ATTORNEYS** |
| v. | |
| JOHN V. CABOT, | |
| Defendant. | |

It is hereby stipulated and consented that Linda A. Ryan, Attorney at Law, of 182 Farmers Lane, Suite 101, Santa Rosa, California 95405, (707) 568-7700, be and hereby is substituted in place and instead of William Douglas Whiteman, Attorney at Law, of 4 Embarcadero Center, 17th Floor, San Francisco, California 94111, (415) 989-3300, as attorney for the defendant JOHN V. CABOT in this action and that this substitution be entered into effect without further notice.

Dated: July 1, 2010

/s/ Linda A. Ryan
LINDA A. RYAN, ESQ.

Dated: June 30, 2010

/s/ William Douglas Whiteman
WILLIAM DOUGLAS WHITEMAN, ESQ.

Dated: July 1, 2010

/s/ John V. Cabot
JOHN V. CABOT
Defendant

1
Stipulation for Substitution of Attorneys

CASE NO. C10-00244 JCS

1  Substitution of Attorney is hereby approved:

2

3  Dated: ____July 8_____, 2010                    /s/ Joseph C. Spero
                                                    UNITED STATES ~~DISTRICT~~ JUDGE
4                                                                    MAGISTRATE

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27
                                    2
                    Stipulation for Substitution of Attorneys
28                                                          CASE NO. C10-00244 JCS

# CERTIFICATE OF SERVICE

# NORTHERN DISTRICT OF CALIFORNIA

I hereby certify that on July 6, 2010, the foregoing Stipulation for Substitution of Attorneys was electronically filed and by operation of the Court's ECF system was served upon the following by electronic mail:

D. Scott Chang, Esq.
RELMAN, DANE & COLFAX PLLC
1225 Nineteenth St NW, Ste 600
Washington, DC 20036
Telephone: (202) 728-1888
Facsimile: (202) 728-0848
schang@relmanlaw.com

*Attorney for Plaintiffs Fair Housing of Marin and Sarah Scott*

William D. Whiteman, Esq.
LAW OFFICES OF WILLIAM D. WHITEMAN
4 Embarcadero Ctr, 17th Floor
San Francisco, CA 94111
Telephone: (415) 989-3300
Facsimile: (415)963-4131
wwhiteman@wdwlawoffice.com

*Former attorney for Defendant Jack Cabot*

David T. Kelley
EEOC/Office of Administrative Judges
350 The Embarcadero, Ste 500
San Francisco, CA 94105-1260
(415) 625-5636
david.kelley@eeoc.gov

*Appointed Mediator*


Dated: July 6, 2010 /s/ Linda A. Ryan
　　　　　　　　　　　　　　　　　　　　　LINDA A. RYAN

Case No. C10-00244 JCS