LAW OFFICES OF

# LINDA A. RYAN
ATTORNEY AT LAW

182 FARMERS LANE, SUITE 101, SANTA ROSA, CA 95405
TELEPHONE: (707) 568-7700 FACSIMILE: (707) 284-2697

August 24, 2010

The Honorable Joseph C. Spero
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
450 Golden Gate Ave, 15th Floor
San Francisco, CA 94102

    Re:    Fair Housing of Marin, et al., v. Cabot
                C10-00244 JCS
                Case Management Conference
                August 27, 2010
                1:30 p.m.
                Courtroom A

Dear Judge Spero:

    This letter is to request permission to appear by telephone at the Case Management Conference scheduled for this Friday, August 27, 2010, at 1:30 p.m. in Courtroom A. The reason for this request is that my office is located in Sonoma County and the time to travel to the court. will be extensive. The parties have engaged in a full day of mediation with David T. Kelley and are continuing with settlement negotiations. It is anticipated that this case will settle.

    I will be making the appearance if the request to appear by telephone is granted. My telephone number is:

                (707) 568-7700

    Thank you for your consideration.

                          Yours truly,

                          s/Linda A. Ryan

                          LINDA A. RYAN

LAR:tm
cc: D. Scott Chang, Esq. (via facsimile)

Dated: August 25, 2010

IT IS SO ORDERED

Judge Joseph C. Spero
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA