RELMAN, DANE & COLFAX PLLC
D. SCOTT CHANG, SBN 146403
1225 Nineteenth St., NW, Suite 600
Washington, DC 20036
Telephone: (202) 728-1888
Facsimile: (202) 728-0848
schang@relmanlaw.com

Attorneys for Plaintiffs,
FAIR HOUSING OF MARIN
and SARAH SCOTT

LAW OFFICES OF LINDA A. RYAN
LINDA A. RYAN, SBN 185356
182 Farmers Lane, Suite 101
Santa Rosa, CA 95405
Telephone: (707) 568-7700
Facsimile: (707) 284-2697

Attorney for Defendant
JACK V. CABOT

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| FAIR HOUSING OF MARIN, *et al.* | Case No. C-10-0244-JCS |
|---|---|
| Plaintiff, | JOINT APPLICATION AND STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE; [~~PROPOSED~~] ORDER |
| vs. | |
| JOHN V. CABOT, | |
| Defendant. | |

- 1 -    JOINT APPLICATION AND STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE; [~~PROPOSED~~] ORDER
CASE NO. C-10-0244-JCS

1   Plaintiffs Fair Housing of Marin and Sarah Scott and Defendant Jack
2   Cabot, by and through their respective counsel of record, jointly apply for
3   and stipulate to a continuance of the case management conference for
4   twenty one (21) days to allow the parties to complete settlement discussions
5   before the mediator assigned by the Court's Alternative Dispute Resolution
6   program.
7   There is good cause to grant the parties' application and stipulation
8   because on August 2, 2010, the parties attended an all-day mediation under
9   the supervision of mediator David T. Kelley. Mr. Kelley is a mediator
10  assigned through the Northern District of California's Alternative Dispute
11  Resolution Program. Mr. Kelley has continued to conduct settlement
12  negotiations by telephone. Although the parties have not reached a
13  resolution, settlement discussions are ongoing and the parties are optimistic
14  that a settlement can be achieved.

15                                  Respectfully submitted,
16
17                                  RELMAN, DANE & COLFAX PLLC
                                    1225 Nineteenth Street NW, Suite 600
18                                  Washington, DC 20036
19  Dated: August 25, 2010
20
21                                  By   /s/ D. Scott Chang
                                         D. Scott Chang
22                                  *Attorney for Plaintiffs Fair Housing
                                    Marin and Sarah Scott*
23
                                    LAW OFFICES OF LINDA A. RYAN
24                                  192 Farmers Lane, Suite 101
                                    Santa Rosa, CA 95405
25
    Dated: August 25, 2010
26
                                    By    /s/ Linda A. Ryan
27                                        Linda A. Ryan
                                    *Attorney for Defendant John V. Cabot*
28

- 2 -   JOINT APPLICATION AND STIPULATION
        TO CONTINUE CASE MANAGEMENT
        CONFERENCE; [PROPOSED] ORDER
        CASE NO. C-10-0244-JCS

1 **[~~PROPOSED~~] ORDER**

2     Pursuant to stipulation, and good cause appearing therefor, it is

3 hereby ordered that the case management conference will be continued to

4 _September 17_____, 2010 at 1:30 p.m. The parties shall complete

5 settlement discussions on or before the date of the next case management

6 conference. The parties shall notify the Court if the case settles.

7     Pursuant to stipulation, it is so ordered.

8 Dated: August __26__, 2010.

11 _____

12 United States Magistrate Judge

*[Seal: UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA — signed Judge Joseph C. Spero]*

- 3 -     JOINT APPLICATION AND STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER
CASE NO. C-10-0244-JCS

# CERTIFICATE OF SERVICE

**NORTHERN DISTRICT OF CALIFORNIA**

I hereby certify that on August 25, 2010 the foregoing Joint Application and Stipulation to Continue Case Management Conference; [Proposed] Order was electronically filed and by operation of the Court's ECF system was served upon the following by electronic mail:

Linda A. Ryan
Law Offices of Linda A. Ryan
182 Farmers Lane
Suite 101
Santa Rosa, CA 95405
Tel: (707) 568-7700
Fax: (707) 284-2967
Email: Ryanlawoffices@comcast.net

*Attorney for Defendant John V. Cabot*

/s/ Jorge Andres Soto
Jorge Andres Soto