LAW OFFICES OF

# LINDA A. RYAN
ATTORNEY AT LAW

182 FARMERS LANE, SUITE 101, SANTA ROSA, CA 95405
TELEPHONE: (707) 568-7700 FACSIMILE: (707) 284-2697

September 10, 2010

The Honorable Joseph C. Spero
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
450 Golden Gate Ave, 15th Floor
San Francisco, CA 94102

    Re:    Fair Housing of Marin, et al., v. Cabot
            C10-00244 JCS
            Case Management Conference
            August 27, 2010
            1:30 p.m.
            Courtroom A

Dear Judge Spero:

      This letter is to request permission to appear by telephone at the Case Management Conference scheduled for Friday, September 17, 2010, at 1:30 p.m. in Courtroom A. The reason for this request is that my office is located in Sonoma County and the time to travel to and from the court will be extensive. We continue in settlement negotiations through David T. Kelley and are optimistic that this case will settle.

      I will be making the appearance if the request to appear by telephone is granted. My telephone number is:

                       (707) 568-7700

      Thank you for your consideration.

                       Yours truly,

                       s/Linda A. Ryan

                       LINDA A. RYAN

LAR:tm

cc: D. Scott Chang, Esq. (via facsimile)

Dated: 9/14/10    IT IS SO ORDERED. Counsel shall be on phone standby beginning at 1:30 PM until the Court initiates the phone contact.

                       /s/ Joseph C. Spero