RELMAN, DANE & COLFAX PLLC
D. SCOTT CHANG, SBN 146403
1225 Nineteenth St., NW, Suite 600
Washington, DC 20036
Telephone: (202) 728-1888
Facsimile: (202) 728-0848
schang@relmanlaw.com

Attorneys for Plaintiffs,
FAIR HOUSING OF MARIN
and SARAH SCOTT

LAW OFFICES OF LINDA A. RYAN
LINDA A. RYAN, SBN 185356
182 Farmers Lane, Suite 101
Santa Rosa, CA 95405
Telephone: (707) 568-7700
Facsimile: (707) 284-2697

Attorney for Defendant
JACK V. CABOT

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

FAIR HOUSING OF MARIN, *et al.*

Plaintiff,

vs.

JOHN V. CABOT,

Defendant.

Case No. C-10-0244-JCS

JOINT APPLICATION AND STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE; [~~PROPOSED~~] ORDER

Plaintiffs Fair Housing of Marin and Sarah Scott and Defendant Jack Cabot, by and through their respective counsel of record, jointly apply for and stipulate to a continuance of the case management conference for twenty one (21) days to allow the parties to complete settlement discussions before the mediator assigned by the Court's Alternative Dispute Resolution program.

There is good cause to grant the parties' application and stipulation because on August 2, 2010, the parties attended an all-day mediation under the supervision of mediator David T. Kelley. Mr. Kelley is a mediator assigned through the Northern District of California's Alternative Dispute Resolution Program. Mr. Kelley has continued to conduct settlement negotiations by telephone. Although the parties have not reached a resolution, settlement discussions are ongoing and the parties are optimistic that a settlement can be achieved.

Respectfully submitted,

RELMAN, DANE & COLFAX PLLC
1225 Nineteenth Street NW, Suite 600
Washington, DC 20036

Dated: August 25, 2010

By   /s/ D. Scott Chang
     D. Scott Chang
*Attorney for Plaintiffs Fair Housing Marin and Sarah Scott*

LAW OFFICES OF LINDA A. RYAN
192 Farmers Lane, Suite 101
Santa Rosa, CA 95405

Dated: August 25, 2010

By   /s/ Linda A. Ryan
     Linda A. Ryan
*Attorney for Defendant John V. Cabot*

Case3:10-cv-00244-JCS Document41 Filed08/26/10 Page3 of 4
Case3:10-cv-00244-JCS Document31 Filed08/25/10 Page3 of 4

**~~[PROPOSED]~~ ORDER**

Pursuant to stipulation, and good cause appearing therefor, it is hereby ordered that the case management conference will be continued to September 17, 2010 at 1:30 p.m. The parties shall complete settlement discussions on or before the date of the next case management conference. The parties shall notify the Court if the case settles.

Pursuant to stipulation, it is so ordered.

Dated: August 26, 2010.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Judge Joseph C. Spero

United [obscured by seal] e

- 3 -

JOINT APPLICATION AND STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER
CASE NO. C-10-0244-JCS

**CERTIFICATE OF SERVICE**

**NORTHERN DISTRICT OF CALIFORNIA**

I hereby certify that on August 25, 2010 the foregoing Joint Application and Stipulation to Continue Case Management Conference; [Proposed] Order was electronically filed and by operation of the Court's ECF system was served upon the following by electronic mail:

Linda A. Ryan
Law Offices of Linda A. Ryan
182 Farmers Lane
Suite 101
Santa Rosa, CA 95405
Tel: (707) 568-7700
Fax: (707) 284-2967
Email: Ryanlawoffices@comcast.net

*Attorney for Defendant John V. Cabot*

/s/ Jorge Andres Soto
Jorge Andres Soto