LAW OFFICES OF

# LINDA A. RYAN

ATTORNEY AT LAW

182 FARMERS LANE, SUITE 101, SANTA ROSA, CA 95405
TELEPHONE: (707) 568-7700 FACSIMILE: (707) 284-2697

November 12, 2010

The Honorable Joseph C. Spero
UNITED STATES DISTRICT COURT
NORTHER DISTRICT OF CALIFORNIA
450 Golden Gate Ave., 15th Floor
San Francisco, CA 94102

> Re:   Fair Housing of Marin, et al. v. Cabot
>       C10-00244 JCS
>       Case Management Conference
>       November 19, 2010
>       1:30 p.m.
>       Courtroom A

Dear Judge Spero:

This letter is to request permission to appear by telephone at the Case Management Conference scheduled for Friday, November 19, 2010, at 1:30 p.m. in Courtroom A. The reason for this request is that my office is located in Sonoma County and the time to travel to and from the court will be extensive. We continue in settlement negotiations through David T. Kelley and it appears we are close to settlement on the one remaining issue.

I will be making the appearance if the request to appear by telephone is granted. My telephone number is:

(707) 568-7700

Thank you for your consideration.

Yours truly,

Dated:  Nov. 15, 2010

s/Linda A. Ryan

LINDA A. RYAN

LAR:ta

cc: D. Scott Chang, Esq. (via facsimile)