## RELMAN, DANE & COLFAX PLLC

1225 19TH STREET NW SUITE 600
WASHINGTON DC 20036-2456

TEL 202-728-1888
FAX 202-728-0848
WEBSITE WWW.RELMANLAW.COM

November 12, 2010

The Honorable Joseph C. Spero
United States Magistrate Judge
United States District Court for the
Northern District of California
450 Golden Gate Avenue, 15th Floor
San Francisco, California 94102

Re: *Fair Housing of Marin v. Cabot*
Case No. C-10-0244-JSC

Dear Judge Spero:

I represent Plaintiffs Fair Housing of Marin and Sarah Scott in the above-referenced case that is scheduled for a case management conference on November 19, 2010 at 1:30 p.m. I hereby request permission to appear at the case management conference by telephone. I request permission to appear by telephone because my office is located in Washington, D.C. and the parties are close to reaching an agreement in principle on all issues. We expect to be able to submit a stipulation of dismissal within twenty-one (21) days of the case management conference.

If the Court grants permission to appear by telephone, my telephone number is (202) 728-1888.

Very truly yours,

*/s/ D. Scott Chang*
D. Scott Chang

cc: Ms. Linda Ryan (by email and First Class Mail)

Dated: Nov. 15, 2010



IT IS SO ORDERED
Judge Joseph C. Spero

| | |
|---|---|
| 1 | **CERTIFICATE OF SERVICE** |
| 2 | **NORTHERN DISTRICT OF CALIFORNIA** |

I hereby certify that on November 12, 2010 the foregoing Letter Requesting Permission to Appear by Telephone was electronically filed and by operation of the Court's ECF system was served upon the following by electronic mail:

Linda A. Ryan
182 Farmers Lane, Suite 101
Santa Rosa, CA 95405
Telephone: (707) 568-7700
Email: Ryanlawoffices@comcast.net

*Attorney for Defendant John V. Cabot*

/s/ Jorge Andres Soto
Jorge Andres Soto