**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

FAIR HOUSING OF MARIN,                                    No. C 10-00244 JCS

                Plaintiff(s),

                                                          **ORDER OF DISMISSAL**

        v.

JOHN V. CABOT,

                Defendant(s).

_____/

        The Court  having been advised that the parties have agreed to a settlement of this case,

        IT IS HEREBY ORDERED that this case is dismissed in its entirety with prejudice; provided,

however, that if any party hereto shall certify to this Court, within sixty (60) days, with proof of service

of a copy thereon to opposing counsel, that the agreed consideration for said settlement has not been

delivered over,  the foregoing Order shall stand vacated and this case shall forthwith be restored to the

calendar to be set for trial.

        IT IS SO ORDERED.

Dated: November 22, 2010

_____

JOSEPH C. SPERO
United States Magistrate Judge