| | |
|---|---|
| 1 | RELMAN, DANE & COLFAX PLLC |
|   | D. SCOTT CHANG, SBN 146403 |
| 2 | 1225 19th St., NW, Suite 600 |
|   | Washington, D.C. 20036 |
| 3 | Telephone: (202) 728-1888 |
|   | Facsimile: (202) 728-0848 |
| 4 | schang@relmanlaw.com |
| 5 | Attorney for Plaintiffs, |
|   | FAIR HOUSING OF MARIN |
| 6 | and SARAH SCOTT |
| 7 | LAW OFFICES OF LINDA A. RYAN |
|   | LINDA A. RYAN, SBN 185356 |
| 8 | 182 Farmers Lane, Suite 101 |
|   | Santa Rosa, CA 95405 |
| 9 | Telephone: (707) 568-7700 |
|   | Facsimile: (707) 284-2697 |
| 10 | ryanlawoffices@comcast.net |
| 11 | Attorney for Defendant |
|    | JOHN V. CABOT |

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| FAIR HOUSING OF MARIN, *et al.* | Case No. 10-cv-0244-JCS |
| Plaintiff, | STIPULATION OF DISMISSAL WITH COURT TO RETAIN JURISDICTION TO ENFORCE THE TERMS OF THE SETTLEMENT AGREEMENT |
| vs. | |
| JOHN V. CABOT, | |
| Defendant. | |

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the parties by their respective counsel of record, hereby stipulate that the above-entitled action is dismissed with prejudice, except that the Court will retain jurisdiction to enforce the terms of the settlement agreement, attached as Exhibit 1.

| | |
|---|---|
| 1 | Respectfully submitted, |
| 2 | |
| 3 | RELMAN, DANE & COLFAX PLLC |
| | 1225 Nineteenth Street NW, Suite 600 |
| 4 | Washington, D.C. 20036 |
| 5 | Dated: January 21, 2011 |
| 6 | |
| 7 | By  /s/ D. Scott Chang |
| | D. Scott Chang |
| 8 | *Attorney for Plaintiffs Fair Housing Marin and Sarah Scott* |
| 9 | |
| 10 | LAW OFFICES OF LINDA A. RYAN |
| | 192 Farmers Lane, Suite 1010 |
| | Santa Rosa, CA 95405 |
| 11 | |
| 12 | Dated: January 21, 2011 |
| 13 | By  /s/ Linda A. Ryan |
| | Linda A. Ryan |
| 14 | *Attorney for Defendant John V. Cabot* |

Dated: 1/24/11

**IT IS SO ORDERED**

*[Signature]*
Judge Joseph C. Spero
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Case3:10-cv-00244-JCS Document48 Filed01/24/11 Page3 of 3

# CERTIFICATE OF SERVICE

# NORTHERN DISTRICT OF CALIFORNIA

I hereby certify that on January 21, 2011 the foregoing Stipulation of Dismissal with Court to Retain Jurisdiction to Enforce the Terms of the Settlement Agreement was electronically filed and by operation of the Court's ECF system was served upon the following by electronic mail:

LINDA A. RYAN
182 Farmers Lane, Suite 101
Santa Rosa, CA 95405
Telephone: (707) 568-7700
Facsimile: (707) 284-2697
ryanlawoffices@comcast.net

*Attorney for Defendant John V. Cabot*

/s/ Jorge Andres Soto
Jorge Andres Soto